DC Power Industrial projects LLC
P O Box 380
Craig, CO 81626

Crystal D Gonzales
140 W 6th ST
Craig, CO 81625

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 11/28/2011 - 12/04/2011 | | Pay Date: 12/08/2011 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | | ***-**-4434 | Single/Single | Fed-1/0/CO-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 6,585.00 | Checking - ***0605 | 325.40 |
| Overtime | | | | 975.00 | **Memo** | |
| | | | 400.00 | 7,560.00 | Direct Deposit | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -35.00 | -709.00 |
| Social Security Employee | -16.80 | -317.52 |
| Medicare Employee | -5.80 | -109.62 |
| CO - Withholding | -17.00 | -321.00 |
| | -74.60 | -1,457.14 |
| **Net Pay** | 325.40 | 6,102.86 |

DC Power Industrial projects LLC
P O Box 380
Craig, CO 81626

Crystal D Gonzales
140 W 6th ST
Craig, CO 81625

Direct Deposit

---

| Employee Pay Stub | | Check number: | | | | Pay Period: 11/21/2011 - 11/27/2011 | | Pay Date: 12/01/2011 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | | ***-**-4434 | Single/Single | Fed-1/0/CO-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Straight Time | 30:00 | 10.00 | 300.00 | 6,185.00 | Checking - ***0605 | 251.05 |
| Overtime | | | | 975.00 | Memo | |
| | | | 300.00 | 7,160.00 | Direct Deposit | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -20.00 | -674.00 |
| Social Security Employee | -12.60 | -300.72 |
| Medicare Employee | -4.35 | -103.82 |
| CO - Withholding | -12.00 | -304.00 |
| | -48.95 | -1,382.54 |
| **Net Pay** | 251.05 | 5,777.46 |

DC Power Industrial projects LLC, P O Box 380, Craig, CO 81626 970-824-6775

DC Power Industrial projects LLC
P O Box 380
Craig, CO 81626

Crystal D Gonzales
140 W 6th ST
Craig, CO 81625

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 11/14/2011 - 11/20/2011 | | Pay Date: 11/23/2011 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | | ***-**-4434 | Single/Single | Fed-1/0/CO-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 5,885.00 | Checking - ***0605 | 347.71 |
| Overtime | 2:00 | 15.00 | 30.00 | 975.00 | **Memo** | |
| | | | 430.00 | 6,860.00 | Direct Deposit | |
| **Taxes** | | | Current | YTD Amount | | |
| Federal Withholding | | | -40.00 | -654.00 | | |
| Social Security Employee | | | -18.06 | -288.12 | | |
| Medicare Employee | | | -6.23 | -99.47 | | |
| CO - Withholding | | | -18.00 | -292.00 | | |
| | | | -82.29 | -1,333.59 | | |
| **Net Pay** | | | 347.71 | 5,526.41 | | |

DC Power Industrial projects LLC, P O Box 380, Craig, CO 81626 970-824-6775

DC Power Industrial projects LLC
P O Box 380
Craig, CO 81626

Crystal D Gonzales
140 W 6th ST
Craig, CO 81625

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 11/07/2011 - 11/13/2011 | | Pay Date: 11/17/2011 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | | ***-**-4434 | Single/Single | Fed-1/0/CO-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 5,485.00 | Checking - ***0605 | 325.40 |
| Overtime | | | | 945.00 | **Memo** | |
| | | | 400.00 | 6,430.00 | Direct Deposit | |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -35.00 | -614.00 | | |
| Social Security Employee | | | -16.80 | -270.06 | | |
| Medicare Employee | | | -5.80 | -93.24 | | |
| CO - Withholding | | | -17.00 | -274.00 | | |
| | | | -74.60 | -1,251.30 | | |
| **Net Pay** | | | 325.40 | 5,178.70 | | |

DC Power Industrial projects LLC, P O Box 380, Craig, CO 81626 970-824-6775

DC Power Industrial projects LLC
P O Box 380
Craig, CO 81626

Crystal D Gonzales
140 W 6th ST
Craig, CO 81625

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 10/31/2011 - 11/06/2011 | | Pay Date: 11/10/2011 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | | ***-**-4434 | Single/Single | Fed-1/0/CO-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 5,085.00 | Checking - ***0605 | 325.40 |
| Overtime | | | | 945.00 | **Memo** | |
| | | | 400.00 | 6,030.00 | Direct Deposit | |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -35.00 | -579.00 | | |
| Social Security Employee | | | -16.80 | -253.26 | | |
| Medicare Employee | | | -5.80 | -87.44 | | |
| CO - Withholding | | | -17.00 | -257.00 | | |
| | | | -74.60 | -1,176.70 | | |
| **Net Pay** | | | 325.40 | 4,853.30 | | |

DC Power Industrial projects LLC, P O Box 380, Craig, CO 81626 970-824-6775

DC Power Industrial projects LLC
P O Box 380
Craig, CO 81626

Crystal D Gonzales
140 W 6th ST
Craig, CO 81625

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 10/24/2011 - 10/30/2011 | | Pay Date: 11/03/2011 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | | ***-**-4434 | Single/Single | Fed-1/0/CO-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Straight Time | 38:30 | 10.00 | 385.00 | 4,685.00 | Checking - ***0605 | 314.24 |
| Overtime | | | | 945.00 | **Memo** | |
| | | | 385.00 | 5,630.00 | Direct Deposit | |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -33.00 | -544.00 | | |
| Social Security Employee | | | -16.17 | -236.46 | | |
| Medicare Employee | | | -5.59 | -81.64 | | |
| CO - Withholding | | | -16.00 | -240.00 | | |
| | | | -70.76 | -1,102.10 | | |
| **Net Pay** | | | 314.24 | 4,527.90 | | |

DC Power Industrial projects LLC, P O Box 380, Craig, CO 81626 970-824-6775

DC Power Industrial projects LLC
P O Box 380
Craig, CO 81626

Crystal D Gonzales
140 W 6th ST
Craig, CO 81625

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 10/17/2011 - 10/23/2011 | | Pay Date: 10/27/2011 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | | ***-**-4434 | Single/Single | Fed-1/0/CO-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Straight Time | 30:00 | 10.00 | 300.00 | 4,300.00 | Checking - ***0605 | 251.05 |
| Overtime | | | | 945.00 | **Memo** | |
| | | | 300.00 | 5,245.00 | Direct Deposit | |
| **Taxes** | | | Current | YTD Amount | | |
| Federal Withholding | | | -20.00 | -511.00 | | |
| Social Security Employee | | | -12.60 | -220.29 | | |
| Medicare Employee | | | -4.35 | -76.05 | | |
| CO - Withholding | | | -12.00 | -224.00 | | |
| | | | -48.95 | -1,031.34 | | |
| **Net Pay** | | | 251.05 | 4,213.66 | | |

DC Power Industrial projects LLC, P O Box 380, Craig, CO 81626 970-824-6775

2142

| Employee | | | | | SSN | Status (Fe  ) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | ***-**-4434 | Single/Single | Fed-1/0/CO-0/0 |
| | | | | | Pay Period: 10/03/2011 - 10/09/2011 | | Pay Date: 10/13/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 3,600.00 |
| Overtime | 5:00 | 15.00 | 75.00 | 802.50 |
| | | | 475.00 | 4,402.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -46.00 | -435.00 |
| Social Security Employee | -19.95 | -184.91 |
| Medicare Employee | -6.89 | -63.84 |
| CO - Withholding | -20.00 | -189.00 |
| | -92.84 | -872.75 |

| Net Pay | 382.16 | 3,529.75 |
|---|---|---|

DC Power Industrial projects LLC, P O Box 380, Craig, CO 81626 970-824-6775

---

2120

| Employee | | | | | SSN | Status (Fe      ate) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Crystal D Gonzales, 140 W 6th ST, Craig, CO 81625 | | | | | ***-**-4434 | Single/Sir | Fed-1/0/CO-0/0 |
| | | | | | Pay Period: 09/26/2011 - 10/  2011 | | Pay Date: 10/06/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 3,200.00 |
| Overtime | | | 0.00 | 727.50 |
| | | | 400.00 | 3,927.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -35.00 | -389.00 |
| Social Security Employee | -16.80 | -164.96 |
| Medicare Employee | -5.80 | -56.95 |
| CO - Withholding | -17.00 | -169.00 |
| | -74.60 | -779.91 |

| Net Pay | 325.40 | 3,147.59 |
|---|---|---|

DC Power Industrial projects LLC, P O Box 380, Craig, CO 81626 970-824-6775